### Charles E. Bunnell et al. *vs.* The I. & F. Motor Car Company.

Third Judicial District.
Argued January 24th—decided April 17th, 1913.

Petition in receivership proceedings pending in the Superior Court in New Haven County, praying for an order requiring the receiver to deliver forthwith to the petitioner, Willis P. Corbin, certain tools and machinery alleged to be owned by him but used, by his permission, by the I. & F. Motor Car Company; the trial court (*Shumway, J.*), after a hearing, denied the petition, and the petitioner appealed. *No error.*

*Talcott H. Russell* and *Royal W. Thompson,* for the appellant, Willis P. Corbin.

*Edmund Zacher,* for the appellee, receiver.

Opinion filed with the clerk of the Superior Court in New Haven County.